UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VICTOR SHELL,<br><br>    Petitioner,<br><br>  v.<br><br>DIANE JONES,<br><br>    Respondent. | No. 2:14-cv-881-GEB-EFB P<br><br><br>ORDER |

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He seeks leave to proceed in forma pauperis.

    Petitioner claims that the abstract of judgment issued by the San Diego Superior Court following his 1997 robbery conviction (Case No. SCD 126559) is inaccurate, thereby requiring the issuance of a "corrected" abstract of judgment or other "corrective measures to address the unauthorized sentence." ECF No. 1 at 1, 13, 16.  Court records reflect that petitioner has previously challenged the 1997 robbery conviction through two federal petitions filed in the United States District Court for the Southern District of California.  *See Shell v. Terhune*, No. 3:00-cv1065-BTM-RBB (S.D. Cal.); *Shell v. Kramer*, No. 3:08-cv-2159-H-POR (S.D. Cal.).

    Petitioner is incarcerated in Sacramento County and was convicted in San Diego County.  Sacramento County falls within the area covered by this court, while San Diego County falls within the area covered by the Southern District.  Pursuant to 28 U.S.C § 2241(d), courts in both

1 | the district of confinement and the district of conviction have concurrent jurisdiction over
2 | applications for habeas corpus filed by state prisoners. In this case, witnesses and evidence
3 | necessary for the resolution of petitioner's application are more readily available in the county of
4 | conviction. *See Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499 n. 15 (1973).
5 |     Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United
6 | States District Court for the Southern District of California. 28 U.S.C. § 2241(d); 28 U.S.C.
7 | § 1406(a).
8 | DATED: May 2, 2014.

                    _____
                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE