UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD V. SHELL,<br><br>      Petitioner,<br><br>vs.<br><br>DIANE JONES, et al.,<br><br>      Respondents. | Civil No. 14-1132 LAB (WVG)<br><br>**SUMMARY DISMISSAL OF SUCCESSIVE PETITION PURSUANT TO 28 U.S.C. § 2244(b)(3)(A) GATEKEEPER PROVISION** |

On April 9, 2014, Petitioner, Edward V. Shell, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in the United States District Court for the Eastern District of California [ECF No. 1]. On April 16, 2014, he filed a request to proceed in forma pauperis [ECF NO. 5]. The Court does not rule on Petitioner's request to proceed in forma pauperis because this case is summarily dismissed pursuant to 28 U.S.C. § 2244(b)(3)(A) as indicated below.

### **PETITION BARRED BY GATEKEEPER PROVISION**

The instant Petition is not the first Petition for a Writ of Habeas Corpus Petitioner has submitted to this Court challenging his 1997 conviction in San Diego Superior Court case No. SCD126559. On May 24, 2000, Petitioner filed in this Court a Petition for Writ of Habeas Corpus in case No. 00cv1065 BTM (RBB). In that petition, Petitioner challenged his conviction in San Diego Superior Court case No. SCD126559 as well.

On March 9, 2001, this Court denied the petition on the merits. (*See* Order filed Mar. 9, 2000 in case No. 00cv1065 BTM (RBB) [Doc. No. 19].) Petitioner appealed that determination. On November 2, 2002, the Ninth Circuit Court of Appeals affirmed the dismissal. (*See* Order in *Shell v. Terhune*, No. 01-55609 (9th Cir. Nov. 2, 2002).)

Petitioner filed another habeas corpus petition pursuant to 28 U.S.C. § 2254 in this Court on November 17, 2008, in case number 08cv2159 H (POR). That petition was dismissed as successive pursuant to 2244(b)(3)(A). (*See* Order in case no. 08cv2159 H (POR) [ECF No. 10].) The Ninth Circuit denied Petitioner permission to file a successive petition on September 26, 2013. (*See* Order in *Shell v. Hill*, No. 13-72732 (9th Cir. Sept. 26, 2013).)

Petitioner is now seeking to challenge the same conviction he challenged in his prior federal habeas petitions. Unless a petitioner shows he or she has obtained an Order from the appropriate court of appeals authorizing the district court to consider a successive petition, the petition may not be filed in the district court. *See* 28 U.S.C. § 2244(b)(3)(A). Here, there is no indication the Ninth Circuit Court of Appeals has granted Petitioner leave to file a successive petition.

## CONCLUSION

Because there is no indication Petitioner has obtained permission from the Ninth Circuit Court of Appeals to file a successive petition, this Court cannot consider his Petition. Accordingly, the Court **DISMISSES** this action without prejudice to Petitioner filing a petition in this court if he obtains the necessary order from the Ninth Circuit Court of Appeals. ***The Clerk of Court is directed to mail Petitioner a blank Ninth Circuit Application for Leave to File Second or Successive Petition together with a copy of this Order.***

IT IS SO ORDERED.

DATED: May 7, 2014

*[signature: Larry A. Burns]*

HONORABLE LARRY ALAN BURNS
United States District Judge